UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC,

            Plaintiff,

   - against -

PHOTO EXPERTS, INC., PUNCH GRAPHIX AMERICAS, INC. f/k/a XEIKON, INC., KATY PI and JAMES PI,

            Defendant.
---------------------------------------------------------------- x

Case No. CV-08-3170

Hon. Eric N. Vitaliano

ECF Case

**STIPULATION OF ADJOURNMENT**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that the time for defendants Photo Experts, Inc., Katy Pi and James Pi to answer, move or otherwise plead in response to defendant Punch Graphix Americas, Inc.'s Crossclaims to the Amended Complaint in the above-captioned action, served on March 11, 2009, is hereby adjourned from March 31, 2009 to April 14, 2009. Defendants Photo Experts, Inc., Katy Pi and James Pi have not requested any previous adjournments with respect to defendant Punch Graphix Americas, Inc.'s Crossclaims;

**IT IS FURTHER AGREED** that facsimile signatures will be deemed original signatures for purposes of this stipulation.

DWT 12636275v1 0087907-000001

Dated: New York, New York
       March 30, 2009

| ALSTON & BIRD LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ <br> Amber Wessels (AW 2322) <br> 90 Park Avenue <br> New York, NY 10016 <br> Tel: (212) 210-9594 <br> *Attorneys for Punch Graphix Americas, Inc.* | By: _____ <br> Robert D. Balin (RB 5847) <br> James Rosenfeld (JR 2256) <br> Monica Pa (MP 3307) <br> 1633 Broadway <br> New York, New York 10019-6708 <br> Phone (212) 489-8230 <br> Fax (212) 489-8340 <br> *Attorneys for Defendants Photo Experts, Inc., Katy Pi and James Pi* |

SO ORDERED

_____
Hon. Eric N. Vitaliano, U.S.D.J.